Robert K. Renner (155283), rrenner@bargerwolen.com
Scott E. Calvert (210787), scalvert@bargerwolen.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California 92612
Telephone: (949) 757-2800
Facsimile: (949) 752-6313

Attorneys for Defendants
Metropolitan Life Insurance Company and
Epicentric, Inc. Health and Welfare Plan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLIENA VOLYNSKAYA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a corporation; EPICENTRIC, INC. HEALTH AND WELFARE PLAN, an ERISA plan; DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | CASE NO.: 3:09-cv-02436-JSW<br><br>**DEFENDANTS METROPOLITAN LIFE INSURANCE COMPANY AND EPICENTRIC, INC. HEALTH AND WELFARE PLAN'S REQUEST FOR TELEPHONIC APPEARANCE OF COUNSEL AT THE CASE MANAGEMENT CONFERENCE**<br><br>Case Management Conference:<br>DATE:　September 11, 2009<br>TIME:　1:30 p.m.<br>CTRM:　2<br><br>Complaint Filed: June 2, 2009 |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

i:\office7\7197\260\09pleadings\06 req for telephonic appearance.doc   3:09-cv-2436-JSW

DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE

TO THE HONORABLE JEFFREY S. WHITE, AND TO THE PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that counsel for Defendants Metropolitan Life Insurance Company and Epicentric, Inc. Health and Welfare Plan (collectively, "Defendants") hereby makes this request to appear telephonically at the upcoming Case Management Conference, currently scheduled for Friday, September 11, 2009 at 1:30 p.m.

GOOD CAUSE exists to grant this request for telephonic appearance, as lead trial counsel for Defendants, Robert K. Renner, Esq., practices in Orange County, California, and if required to appear in person, he would incur substantial costs traveling to this Case Management Conference. Mr. Renner can be reached directly at (949) 798-5866 on the date of the hearing, and he is also available to call into the Court if preferred.

DATED: September 3, 2009     BARGER & WOLEN LLP

By: /s/ *Robert K. Renner*
    ROBERT K. RENNER
    SCOTT E. CALVERT
    Attorneys for Defendants
    Metropolitan Life Insurance Company and
    Epicentric, Inc. Health and Welfare Plan

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

- 1 -     3:09-cv-2436-JSW
DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE

# ORDER

After considering the Request of Defendants Metropolitan Life Insurance Company and Epicentric, Inc. Health and Welfare Plan (collectively, "Defendants"), by and through their respective counsel, to grant Defendants request to appear telephonically at the September 11, 2009 Case Management Conference, ~~good cause appearing~~, **IT IS HEREBY ORDERED** that ~~Defendants be allowed to appear telephonically.~~ Defendants' request is DENIED.

**IT IS SO ORDERED**.

DATED: September 4, 2009

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

- 2 -   3:09-cv-2436-JSW
DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE