IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ILLIENA VOLYNSKAYA,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE CO., et al.,

    Defendants.

No. C 09-02436 JSW

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

The Court HEREBY VACATES the Case Management Conference currently set for September 11, 2009. Pursuant to Civil Local Rule 3-12(c), the Court FURTHER ORDERS that the above captioned case is referred to Judge Susan Illston to determine whether it is related to *Volynskaya v. Epicentric, Inc. Health and Welfare Plan*, Case No. 04-0839 SI.

**IT IS SO ORDERED.**

Dated: September 8, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Judge Illston