Robert K. Renner (155283), rrenner@bargerwolen.com
Scott E. Calvert (210787), scalvert@bargerwolen.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California 92612
Telephone: (949) 757-2800
Facsimile: (949) 752-6313

Attorneys for Defendants
Metropolitan Life Insurance Company and
Epicentric, Inc. Health and Welfare Plan

Charles J. Fleishman (46405), erisa@erisarights.com
Paul A. Fleishman (251657), paulfleishman@gmail.com
THE FLEISHMAN LAW FIRM
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 350-6285
Facsimile: (818) 350-6272

Attorneys for Plaintiff
Illiena Volynskaya

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLIENA VOLYNSKAYA,<br><br>  Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a corporation; EPICENTRIC, INC. HEALTH AND WELFARE PLAN, an ERISA plan; DOES 1 through 10 inclusive,<br><br>  Defendants. | CASE NO.: 3:09-cv-02436-JSW<br><br>**JOINT STIPULATION TO CONTINUE THE MEDIATION COMPLETION DATE BY ELEVEN DAYS; [~~PROPOSED~~] ORDER THEREON**<br><br>Current Deadline: November 23, 2009<br>Requested Deadline: December 4, 2009<br><br>Complaint Filed: June 2, 2009 |

i:\office7\7197\260\09pleadings\07 stip to cont mediation deadline.doc    3:09-cv-2436-JSW

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

JOINT STIPULATION TO CONTINUE MEDIATION COMPLETION DATE BY ELEVEN DAYS;
[~~PROPOSED~~] ORDER THEREON

TO THE HONORABLE JEFFREY S. WHITE AND HIS COURT CLERK:

PLEASE TAKE NOTICE that Defendants Metropolitan Life Insurance Company and Epicentric, Inc. Health and Welfare Plan (collectively, "Defendants") and Plaintiff Illiena Volynskaya ("Volynskaya") (collectively, "Parties"), by and through their respective counsel of record, hereby request a brief continuance of the upcoming Mediation Completion Deadline, currently scheduled for November 23, 2009, to December 4, 2009. While the parties were previously scheduled to proceed with court-appointed mediator Kim Zeldin on November 10, 2009, they had to briefly postpone the mediation for the reasons listed below. Mediation is now scheduled to be conducted on December 3, 2009 at 11:00 a.m.

GOOD CAUSE exists to grant this request because the parties are not yet in the position to properly evaluate the case for a mediation. One reason is that Volynskaya only recently received responses to the written discovery she propounded and is in the process of evaluating whether the documents and information Defendants agreed to provide are sufficient, or whether a motion to compel might be necessary. Further, MetLife has yet to make a final determination on Volynskaya's claim for ongoing benefits (and even then, if the claim is denied, Volynskaya will need time to review that decision). Accordingly, it will be difficult for the parties to engage in meaningful settlement discussions until these tasks are completed.

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

- 1 -                                                                                    3:09-cv-2436-JSW
JOINT STIPULATION TO CONTINUE MEDIATION COMPLETION DATE BY ELEVEN DAYS;
[PROPOSED] ORDER THEREON

1  DATED: November 11, 2009    BARGER & WOLEN LLP

3                               By: /s/ *Robert K. Renner*
4                                   ROBERT K. RENNER
                                    SCOTT E. CALVERT
5                                   Attorneys for Defendants
                                    Metropolitan Life Insurance Company and
6                                   Epicentric, Inc. Health and Welfare Plan

7  DATED: November 11, 2009    LAW OFFICES OF CHARLES FLEISHMAN

9                               By: /s/ *Paul Fleishman*
                                    CHARLES J. FLEISHMAN
10                                  PAUL FLEISHMAN
                                    Attorneys for Plaintiff
11                                  Illiana Volynskaya

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

- 2 -                                                     3:09-cv-2436-JSW
JOINT STIPULATION TO CONTINUE MEDIATION COMPLETION DATE BY ELEVEN DAYS;
[~~PROPOSED~~] ORDER THEREON

# ORDER

After considering the Joint Stipulation of the parties, by and through their respective counsel, to continue the November 23, 2009 Mediation Completion Deadline, good cause appearing, **IT IS HEREBY ORDERED** that the parties shall have up to and until December 4, 2009 to participate in Mediation for this case.

**IT IS SO ORDERED**.

DATED: November 12, 2009

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

- 3 -  3:09-cv-2436-JSW
JOINT STIPULATION TO CONTINUE MEDIATION COMPLETION DATE BY ELEVEN DAYS;
[PROPOSED] ORDER THEREON