Robert K. Renner (155283), rrenner@bargerwolen.com
Scott E. Calvert (210787), scalvert@bargerwolen.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California 92612
Telephone: (949) 757-2800
Facsimile: (949) 752-6313

Attorneys for Defendants
Metropolitan Life Insurance Company and
Epicentric, Inc. Health and Welfare Plan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLIENA VOLYNSKAYA, | CASE NO.: 3:09-cv-02436-JSW |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; [PROPOSED] ORDER THEREON** |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY, a corporation; EPICENTRIC, INC. HEALTH AND WELFARE PLAN, an ERISA plan; DOES 1 through 10 inclusive, | |
| Defendants. | Complaint Filed: June 2, 2009 |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

i:\office7\7197\260\10pleadings\01 stip & proposed order for dismissal.doc     3:09-cv-2436-JSW

STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; [PROPOSED] ORDER THEREON

TO THE HONORABLE JEFFREY S. WHITE AND HIS COURT CLERK:

    IT IS HEREBY STIPULATED by and between Plaintiff Illiena Volynskaya and Defendants Metropolitan Life Insurance Company and Epicentric, Inc. Health and Welfare Plan, by and through their respective attorneys of record, that the above-referenced action be, and is hereby, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties further stipulate that each party shall bear her or its own costs, including attorneys' fees.

DATED: January 26, 2010    BARGER & WOLEN LLP

By: /s/ *Robert K. Renner*
ROBERT K. RENNER
SCOTT E. CALVERT
Attorneys for Defendants
Metropolitan Life Insurance Company and
Epicentric, Inc. Health and Welfare Plan

DATED: January 26, 2010    LAW OFFICES OF CHARLES FLEISHMAN

By: /s/ *Charles J. Fleishman*
CHARLES J. FLEISHMAN
Attorneys for Plaintiff
Illiena Volynskaya

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

- 1 -    3:09-cv-2436-JSW
STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; [~~PROPOSED~~] ORDER THEREON

# ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice. IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear her/its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: January 26, 2010  _____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

- 2 -   3:09-cv-2436-JSW
STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; [PROPOSED] ORDER THEREON