Robert K. Renner (155283), rrenner@bargerwolen.com
Scott E. Calvert (210787), scalvert@bargerwolen.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California 92612
Telephone: (949) 757-2800
Facsimile: (949) 752-6313

Attorneys for Defendants
Metropolitan Life Insurance Company and
Epicentric, Inc. Health and Welfare Plan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLIENA VOLYNSKAYA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a corporation; EPICENTRIC, INC. HEALTH AND WELFARE PLAN, an ERISA plan; DOES 1 through 10 inclusive,<br><br>　　　　　Defendants. | CASE NO.: 3:09-cv-02436-JSW<br><br>**STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; [~~PROPOSED~~] ORDER THEREON**<br><br><br><br><br><br>Complaint Filed: June 2, 2009 |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

i:\office7\7197\260\10pleadings\01 stip & proposed order for dismissal.doc          3:09-cv-2436-JSW

STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; [~~PROPOSED~~] ORDER THEREON

TO THE HONORABLE JEFFREY S. WHITE AND HIS COURT CLERK:

IT IS HEREBY STIPULATED by and between Plaintiff Illiena Volynskaya and Defendants Metropolitan Life Insurance Company and Epicentric, Inc. Health and Welfare Plan, by and through their respective attorneys of record, that the above-referenced action be, and is hereby, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  The parties further stipulate that each party shall bear her or its own costs, including attorneys' fees.


DATED:  January 26, 2010          BARGER & WOLEN LLP


                                  By: /s/ Robert K. Renner
                                      ROBERT K. RENNER
                                      SCOTT E. CALVERT
                                      Attorneys for Defendants
                                      Metropolitan Life Insurance Company and
                                      Epicentric, Inc. Health and Welfare Plan

DATED:  January 26, 2010          LAW OFFICES OF CHARLES FLEISHMAN


                                  By: /s/ Charles J. Fleishman
                                      CHARLES J. FLEISHMAN
                                      Attorneys for Plaintiff
                                      Illiena Volynskaya

STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; [PROPOSED] ORDER THEREON

# <u>ORDER OF DISMISSAL</u>

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice.  IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party shall bear her/its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED:  ___January 26, 2010___          _____

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; [PROPOSED] ORDER THEREON